**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

GERO VON DEHN,               :   No. 193 WAL 2018

              Respondent    :

                                 :   Petition for Allowance of Appeal from
                                 :   the Order of the Commonwealth Court

          v.                     :

                                 :

UNEMPLOYMENT COMPENSATION   :
BOARD OF REVIEW,           :

                                 :
              Petitioner      :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 12th day of October, 2018, the Petition for Allowance of Appeal is **DENIED**.